FILED-Southern Division
CLERK, U.S.

MAY 13 2025

CENTRAL DISTRICT OF CALIFORNIA
BY EC DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF(S)<br>v.<br>CONOR FLANSBURG<br><br>DEFENDANT(S). | CASE NUMBER<br>8:25-mj-00386-DUTY<br>1:24-CR-000417<br><br>**DECLARATION RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: SUPERSEDING INDICTMENT
in the ______ District of COLUMBIA on 04/30/25
at ______ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about ______
in violation of Title 18 U.S.C., Section(s) 1962(d) & 1349
to wit: ______

A warrant for defendant's arrest was issued by: HONORABLE MOXILA A. UPADHYAYA

Bond of $ ______ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/13/25
Date

[signature]
Signature of Agent

Layla Wirtz
Print Name of Agent

FEDERAL BUREAU OF INVESTIGATION
Agency

SPECIAL AGENT
Title